UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21815-DPG

GV KB STORE LLC d/b/a Stefano Versace Gelato, a Florida limited liability company, and GV SIESTAKEY LLC d/b/a Stefano Versace Gelato, a Florida limited liability company, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, GV KB Store LLC and GV Siestakey LLC d/b/a Stefano Versace Gelato, hereby voluntarily dismiss their claims against Defendant, Scottsdale Insurance Company, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not answered or moved for summary judgment in this action.

Respectfully submitted September 1, 2020.

    /s/ *Javier A. Lopez*
Javier A. Lopez, Esq.
Florida Bar No. 16727
jal@kttlaw.com
Benjamin Widlanski, Esq.
Florida Bar No. 1010644
bwidlanski@kttlaw.com
Gail A. McQuilkin, Esq.
Florida Bar No. 969338
gam@kttlaw.com
Harley S. Tropin, Esq.
Florida Bar No. 241253
hst@kttlaw.com
Frank A. Florio, Esq.
Florida Bar No. 1010461
fflorio@kttlaw.com

**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800

Daniel Tropin, Esq.
Florida Bar No. 100424
tropin@kolawyers.com
Jonathan M. Streisfeld, Esq.
Florida Bar No. 117447
streisfeld@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: **(**954) 525-4100

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By  /s/ *Javier A. Lopez*
     Javier A. Lopez, Esq.